IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:02-CR-298-1H

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **AMENDED ORDER** |
| ) | |
| THOMAS CAREY ODOM, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the unopposed motion of the defendant. For good cause shown, the court hereby grants defendant's motion and amends the original judgment as follows:

The court recommends that the Bureau of Prisons designate the North Carolina Department of Correction to be the place of service of this sentence. The court ORDERS that this sentence run concurrently with the defendant's imprisonment pursuant to the judgment in Cumberland County, North Carolina, Docket Number 02CRS064678.

All other aspects of the original judgment dated May 28, 2003 are hereby reaffirmed. This Amended Order supersedes the order filed July 7, 2011.

This 14th day of July 2011.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26